OSCN Found Document:RE SUSPENSION OF CREDENTIALS OF REGISTERED COURTROOM INTERPRETERS

 

 
 

 
 RE SUSPENSION OF CREDENTIALS OF REGISTERED COURTROOM INTERPRETERS
2020 OK 15
Decided: 03/09/2020
IN THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2020 OK 15, __ P.3d __

 

FOR PUBLICATION IN OBJ ONLY. NOT OF OFFICIAL PUBLICATION. 

RE: Suspension of Credentials of Registered Courtroom Interpreters
ORDER
Â¶1 The Oklahoma Board of Examiners of Certified Courtroom Interpreters has recommended to the Supreme Court of the State of Oklahoma the suspension of the credential of the Oklahoma Registered Courtroom Interpreter listed on the attached Exhibit for failure to comply with the annual continuing education requirements for 2019 and/or certificate renewal requirements for 2020.
Â¶2 Pursuant to 20 O.S., Chapter 23, App. II, Rule 18(c), failure to satisfy the annual renewal requirements on or before February 15 shall result in administrative suspension on that date. Pursuant to 20 O.S., Chapter 23, App. II, Rule 20(e), failure to satisfy the continuing education reporting requirements on or before February 15 shall result in administrative suspension on that date.
Â¶3 IT IS THEREFORE ORDERED that the certificate of each of the interpreters named on the attached Exhibit is hereby suspended effective March 1, 2020.
Â¶4 DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 9th day of MARCH, 2020.
/S/CHIEF JUSTICE
ALL JUSTICES CONCUR.
Interpreter Exhibit

Ana Arcivar

Continuing Education & Renewal Fee

Aymee Beiter

Continuing Education

Alejo Benito

Continuing Education

Mary Blendowski

Continuing Education & Renewal Fee

Edna Cervantes

Continuing Education & Renewal Fee

Esperanza Darling

Continuing Education & Renewal Fee

Elizabeth Esquivel

Continuing Education & Renewal Fee

Lourdes Felix-Curet

Continuing Education & Renewal Fee

Luis Licona

Continuing Education & Renewal Fee

Angelica Lopez-Drain

Renewal Fee

Linda Manuel-Reyes

Renewal Penalty Fee

Neryvete Reyes Munoz

Continuing Education & Renewal Fee

Sa Nguyen

Continuing Education & Renewal Fee

Consuelo Reynoso

Continuing Education & Renewal Fee

Cynthia Santiesteban

Continuing Education & Renewal Fee

Â 

Â 

Â 

Â